FILED: February 10, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1174
(A094-753-626)

_____

JAVIER DE JESUS DURAN REALEGENO, a/k/a Javier D. Duran

   Petitioner

v.

JEFFERSON B. SESSIONS, III, Attorney General

   Respondent

_____

O R D E R
_____

  Attorney General Jefferson B. Sessions III is substituted former Acting Attorney Generals Dana J. Boente, as a party to this case pursuant to Fed. R. App. P. 43(c)(2).

          For the Court--By Direction

          /s/ Patricia S. Connor, Clerk